*John P. Ross, solicitor-general,* contra.

---

### 5284. SOLOMON *v.* THE STATE.

ROAN, J. An accusation charging cheating and swindling, under the "labor-contract act" (Penal Code, § 715); which alleges a contract to perform labor on a farm but does not set out the location of the particular parcel of land where the work is to be performed, is not sufficiently explicit. A demurrer on this ground to the accusation in the present case should have been sustained. **See *Thorn* v. *State,* 13 *Ga. App.* 10 (78 S. E. 853).** *Judgment reversed.*

DECIDED DECEMBER 9, 1913.

Accusation of misdemeanor; from city court of Millen—Judge Hill. August 22, 1913.

The contract alleged in the accusation was that the accused was "to perform for [A. S. Newton] on the farm of A. S. Newton in said county [of Jenkins] services as a farm laborer in doing ordinary farm work from the first day of January, 1911, until the fifteenth day of July, 1911, the monthly wages for said period to be at the rate of twenty dollars per month."

*G. C. Dekle, J. D. Kirkland,* for plaintiff in error.

*W. Woodrum, solicitor,* contra.